IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KINGRALE COLLINS,
ADC #102818                                                               PLAINTIFF

v.                           No. 5:15-cv-124-DPM

STATE OF ARKANSAS                                                        DEFENDANT

ORDER

On *de novo* review, the Court adopts the recommendation, № 13, and overrules Collins's objections, № 14. FED. R. CIV. P. 72(b)(3). Collins's petition for a writ of habeas corpus will be dismissed with prejudice as time-barred. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2). Collins's motion to suppress, № 15, is denied as moot.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 September 2015