IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KINGRALE COLLINS,
ADC #102818                                                                       PLAINTIFF

v.                                    No. 5:15-cv-124-DPM

STATE OF ARKANSAS                                                           DEFENDANT

## JUDGMENT

Collins's petition for a writ of habeas corpus is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

8 September 2015